## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN BOYER,** : | |
|     **Petitioner** : | |
|                                  : | **CIVIL ACTION NO. 3:14-0600** |
| **v.** : | |
|                                  : | **(Judge Mannion)** |
| **BRENDA TRITT, Superintendent** : | |
| **et al.,** | |
|     **Respondents** : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a Certificate of Appealability.  See 28 U.S.C. §2253(c).


                                                                  s/ *Malachy E. Mannion*
                                                    **MALACHY E. MANNION**
                                                    **United States District Judge**

**Dated:** April 26, 2016
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0600-01-ORDER.wpd